C. F. Paul, Publisher.]  $1.00 per annum.  [O. L. Barbour, Reporter

**Vol. 6.]  Saratoga Springs, April 6, 1847.  [No. 9.**

## Court of Chancery.

## DECISIONS OF THE CHANCELLOR,
### APRIL 6, 1847.

*John L. Lawrence adm'r &c.* v. *William Beach Lawrence.*—
G. M. Ogden, for respondent; W. B. Lawrence, appellant in
person.  The order of the vice chancellor allowing the fifth ex-
ception to defendant's further answer, for impertinance, affirmed,
with costs.

*Theodore Van Heusen et al* v. *David Hurlbut, Jun.*  L. Bene-
dict, for complainants; Jas. Edwards, for defendant.  Applica-
tion to discharge ne exeat, granted, on defendant's giving the
usual bond with sureties, conditioned to render himself amenable
to the process of the court; or upon his giving a consent that the
bill be taken as confessed &c., under the 191st rule, and upon fil-
ing the certificate of the master that he has submitted to an exam-
ination before him, and assigned over all his property to the re-
ceiver, and in either event defendant directed to pay $8 for
costs of opposing this motion.

*Nicholas Smith* v. *John Dygert.*  L. Ford, for appellant; C.
Gray, for respondent.  Decree appealed from affirmed with costs.

*Benjamin Burgiss et al* v. *Jeremiah Smith.*  John E. Develin,
for appellant; S. D. Van Schaack, for respondents.  Appeal from
an order of the late vice chancellor of the first circuit denying an
application to dissolve an injunction.  Decided that this court has
jurisdiction, and will entertain a bill of discovery in aid of the pro- *A bill of disco-*
*very lies in aid*
secution of a civil suit in a sister state, or a foreign tribunal, or in *of a suit in a fo-*
*reign tribunal.*
a court of the United States.

8

Injunctions to stay proceed'gs in suits in other states. *Held* also, that if this court has the power, it must be a very special case to induce it to break over the rule of comity and of policy which forbids the granting of an injunction to stay the proceedings in a suit which has already been commenced in a court of competent jurisdiction in a sister state.

Order appealed from reversed; and injunction dissolved with costs.